McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0111-WBS |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: July 29, 2019 |
| KENNY XYRUS LOSITO, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

Plaintiff United States of America, through its respective counsel, and defendant Kenny Xyrus Losito, through his counsel of record, stipulate that the status conference now set for July 29, 2019[1], be continued to September 9, 2019, at 9:00 a.m.

On June 26, 2019, Mr. Losito was arraigned on the three-count Indictment in this case. (ECF Nos. 1, 5.) Later today (July 1), the government will be producing discovery to the defense that includes 82 pages of reports and memoranda, thirteen photos, and several dozen audio and video recordings, as well as results from a forensic phone extraction. Defense counsel requires time to review these materials individually and with her client, time to conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial. In addition, defense counsel is in the

---

[1] This case was assigned to Judge Mueller when the grand jury returned the indictment. At the arraignment, the parties agreed to set the matter for a status hearing on July 29, 2019. Since then, this case has been related with 2:19-cr-0074-WBS, and reassigned to Judge Shubb. The parties are filing a separate stipulation and order in that case, asking the Court to reset the status hearing (in that matter) for September 9, 2019, so that these two related matters will be heard on the same date.

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

1

process of obtaining court records necessary to advise Mr. Losito.

Based on the foregoing, the parties stipulate that the status conference currently set for July 29, 2019, be continued to September 9, 2019, at 9:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including September 9, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: July 1, 2019 /s/ *Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: July 1, 2019 /s/ *THD for Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
*Attorney for Defendant Kenny X. Losito*

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including September 9, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the July 29, 2019 status conference be continued until September 9, 2019, at 9:00 a.m.

Dated: July 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE