| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0111-WBS |
|---|---|
| Plaintiff, | STIPULATION AND (P̶R̶O̶P̶O̶S̶E̶D̶) ORDER RE: EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND LOCAL CODE T4 |
| v. | |
| KENNY XYRUS LOSITO, | Date: November 18, 2019<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

This case is set for a status conference on November 18, 2019. (Dkt. No. 13.) On November 13, the Court issued a minute order resetting the matter its own motion for December 2, 2019. (Dkt. No. 14.) In its order, the Court directed the parties to file a stipulation and proposed order regarding excludable time under the Speedy Trial Act, if necessary. (*Id.*)

Plaintiff United States of America, through its respective counsel, and defendant Kenny Xyrus Losito, through his counsel of record, hereby stipulate that time in which the trial in this case must begin under the Speedy Trial Act and Local Code T-4 should be excluded from the date of this stipulation up to and including December 2, 2019.

On June 26, 2019, Mr. Losito was arraigned on the three-count indictment. (Dkt. Nos. 1, 5.) Several days later, the government produced discovery to the defense that included 82 pages of reports and memoranda, thirteen photos, and several dozen audio and video recordings, as well as results from a forensic phone extraction. Defense counsel requires additional time to review these materials, time to

conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial. In addition, defense counsel is still awaiting delivery of court records necessary to advise Mr. Losito.

Based on the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from the date of this filing (November 14, 2019), up to and including December 2, 2019 (the date of the next status conference), under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

Respectfully submitted,

Dated: November 14, 2019  /s/ *Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: November 14, 2019  /s/ *THD for Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
*Attorney for Defendant Kenny Losito*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders that the time from November 14, 2019, up to and including December 2, 2019, shall be excluded from computation of time within which the trial in this case must begin under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

Dated: November 14, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE