| 1 | HEATHER E. WILLIAMS, #122664 |
| - | - |
|   | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
|   | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
|   | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorney for Defendant
KENNY LOSITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 2:19-cr-111 WBS |
| - | - |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| KENNY LOSITO, | |
| Defendant. | DATE: March 30, 2020<br>TIME 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Colleen M. Kennedy, counsel for the plaintiff, and Assistant Federal Defender, Lexi Negin, counsel for defendant, Kenny Losito, that the sentencing hearing currently set for March 30, 2020 be continued to June 15, 2020, at 9:00 a.m., before the Honorable William B. Shubb.

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

Dated: March 18, 2020      By:    */s/ Alexandra P. Negin*
    ALEXANDRA P. NEGIN
    Assistant Federal Defender
    Attorney for Defendant

| | | |
|---|---|---|
| | | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: March 18, 2020 | By: | /s/ Colleen M. Kennedy<br>COLLEEN M. KENNEDY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

The Court hereby grants the parties' request to continue the sentencing hearing and set the matter for sentencing on June 15, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 19, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE