HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Lexi_negin@fd.org

Attorney for Defendant
KENNY LOSITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNY LOSITO,<br><br>Defendant. | Case Nos. 2:19-cr-074 WBS<br>           2:19-cr-111 WBS<br><br>STIPULATION AND ORDER TO COVERT SENTENCING HEARING TO RULE 11 HEARING<br><br>DATE:   August 24, 2020<br>TIME    9:00 a.m.<br>JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Colleen Kennedy, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Kenny Losito, that the sentencing hearing scheduled for August 24, 2020 in case numbers 19-cr-74 and 19-cr-111, should be converted to a Rule 11 hearing for Mr. Losito to enter an amendment to his plea agreements.  The amendment to the plea agreements will allow for both cases to be sentenced on the same date.  Mr. Losito consents to proceed with this hearing by video.

Based upon the foregoing, the parties stipulate and agree that the sentencing scheduled for August 24, 2020 should be converted to a Rule 11 hearing.

DATED: August 18, 2020    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for KENNY LOSITO

DATED: August 18, 2020    MCGREGOR W. SCOTT
United States Attorney

*/s/ Colleen Kennedy*
COLLEEN KENNEDY
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

It is unclear from the foregoing exactly what the parties contemplate by a "Rule 11 hearing." Pursuant to the above stipulation, and good cause appearing, IT IS HEREBY ORDERED, that the sentencing hearing currently scheduled for August 24, 2020 at 9:00a.m. is converted to a status conference. Prior to the conference, the parties shall submit briefs detailing exactly what action they request the court to take at the hearing.

Dated: August 19, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE